**FILED**

AUG 13 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br>J. NETTLES, et al.,<br><br>  Defendants. | No. C 14-02438 BLF (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against a officials at the California State Prison - Los Angeles County ("LAC") for unconstitutional acts. Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division of the Central District of California, *see* 28 U.S.C. § 84(c), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Western Division of the Central District of California.

    **IT IS SO ORDERED.**

DATED: Aug 13, 2014

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
P:\PRO-SE\BLF\CR.14\02438Knight_transfer(CD).wpd